# **EXHIBIT A**

**Utility Providers**

| Vendor | Address | City | State | Zip Code | Monthly Amounts |
|---|---|---|---|---|---|
| City of Tucson | PO BOX 28811 | TUCSON | AZ | 85726 | $ 129.20 |
| Southwest Gas Corporation | P O BOX 98890 | LAS VEGAS | NV | 89150 | $ 68.27 |
| Tucson Electric and Power | P O BOX 27327 | TUCSON | AZ | 85726 | $ 67.62 |
| JEA | 21 WEST CHURCH STREET | JACKSONVILLE | FL | 32202 | $ 407.21 |
| Teco Tampa Electric | P.O. BOX 31318 | TAMPA | FL | 33631 | $ 177.53 |
| AT&T | PO BOX 630047 | DALLAS | TX | 75263 | $ 648.94 |
| AT&T Pro Cabs | P. O. BOX 105373 | ATLANTA | GA | 30348 | $ 346.74 |
| COX Communications | P O BOX 78071 | PHOENIX | AZ | 85062 | $ 121.40 |
| DeltaCom | P.O. BOX 740597 | ATLANTA | GA | 30374 | $ 496.36 |
| In Contact | P O BOX 31475 | SALT LAKE CITY | UT | 84131 | $ 6.99 |
| Livingston Telephone | 701 W CHURCH | LIVINGSTON | TX | 77351 | $ 83.72 |
| Logix Communications | PO BOX 3608 | HOUSTON | TX | 77253 | $ 2,128.91 |
| NTS Communications | 5307 WEST LOOP 289 | LUBBOCK | TX | 79414 | $ 398.53 |
| Nuvox Communication | P. O. BOX 580451 | CHARLOTTE | NC | 28258 | $ 626.95 |
| Qwest | P O BOX 856169 | LOUISVILLE | KY | 40285 | $ 76.67 |
| TW Telcom | 10475 PARK MEADOW DRIVE | LITTLETON | CO | 80124 | $ 1,480.55 |
| UCN | 7730 UNION PARK AVE, # 500 | MIDVALE | UT | 84047 | $ 19.38 |
| Verizon Florida LLC | P. O. BOX 920041 | DALLAS | TX | 75392 | $ 413.87 |
| Vonage | 23 MAIN STREET | HOLMDEL | NJ | 7733 | $ 9.47 |
| Windstream | 4001 RODNEY PARHAM RD | LITTLE ROCK | AR | 72212 | $ 1,110.95 |
| XO Communication Services, Inc. | P.O. BOX 5738 | CAROL STREAM | IL | 60197 | $ 806.99 |
| | | | | TOTAL | $ 9,626.25 |