UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-10926 (BLS) |
| Crdentia Corp., *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases, effective as of the time of the formation announcement on March 25, 2010:

1. **Alpha Capital Anstalt**, c/o LH Financial Services Corp., Attn: Konrad Ackermann, 150 Central Park South, Second Floor, New York, NY 10019, Phone: 212-586-8224.

2. **ARM Holdings LP**, Attn: Anthony R. Morgenthau, 380 Leucadendra Drive, Coral Gables, FL 33156, Phone: 305-799-7218, Fax: 305-668-6442.

3. **AXSA Document Solutions, Inc.**, Attn: Don Douglas, 8010 Sunport Drive #110, Orlando, FL 32809, Phone: 407-240-1690, Fax: 407-472-0314.

ROBERTA A. DEANGELIS
Acting United States Trustee, Region 3

 /s/ Joseph J. McMahon, Jr. for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: March 25, 2010

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel: Jamie L. Edmonson, Esq., Phone: 302-655-5000, Fax: 302-658-6395