# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| **CRDENTIA CORP., et al,** | ) Case No. 10-10926 (BLS) |
| Debtors. | ) Jointly Administered |

## AFFIDAVIT OF RICHARD E. FURTEK

Richard E. Furtek deposes and says:

1. I am a Certified Public Accountant, licensed under the laws of Pennsylvania. I am a member of the firm of Furtek & Associates, LLC ("Furtek"), which firm maintains offices at 1060 First Avenue, Suite 400, King of Prussia, PA. I am familiar with the matters set forth herein and provide this affidavit in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtors and debtors in possession (the "Debtors") seeking approval to retain Furtek *nunc pro tunc*, effective as of April 1, 2010, as financial advisor to the Committee pursuant to 11 U.S.C. §§ 1103(a) and 328(a).

2. To the best of my knowledge and information, Furtek neither holds nor represents any interest adverse to the Committee, the Debtors, its creditors, the United States Trustee or anyone employed in the Office of the United States Trustee, or other parties in interest or its respective attorneys in this case. In order to make this determination, I have undertaken a review upon the following: (i) the Debtors' name as it appears in its petition; (ii) the parties listed on the Debtors' list of largest unsecured creditors; (iii) the members of the Committee; (iv) the Debtors' management; (v) the proposed asset purchaser; (vi) the Debtors' secured creditors and

(vi) certain other parties that appear in the Debtors' first-day affidavit. As other information becomes available, further searches will be implemented, and supplemental disclosures will be made as necessary.

3. Based upon information currently available to me, Furtek has no connection with the Debtors, their creditors, or any other party in interest herein, or the United States Trustee or any person employed in the office of the United States Trustee.

4. In addition to the foregoing, due to the size and diversity of its practice, Furtek may have represented or otherwise dealt with, and may now be representing or otherwise dealing with various persons (and its attorneys and accountants) who are or may consider themselves creditors, equity security holders or parties in interest in this case but who are not presently so identified. However, such representations or involvement, if any, do not relate to the Debtors or their estates.

5. No agreement exists, nor will any be made, to share any compensation received by Furtek for its services in this case with any other person or firm.

6. Furtek is willing to be retained by the Committee as its financial advisor and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, and any Orders of the Court entered in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 8, 2010
Wilmington, Delaware

*/s/ Richard E. Furtek*
Richard E. Furtek

DEL1 74690-1