IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CRDENTIA CORP. | § | CASE NO. 10-10926 |
| | § | |
| | § | CHAPTER 11 |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

COMES NOW, Jay H. Dushkin, Law Offices of Jay H. Dushkin ("Movant") and files this its Notice of Appearance and Request for Notices as counsel for Quest Diagnostics Clinical Laboratories, Inc. a creditor party-in-interest in the above-styled case and pursuant to applicable law and Bankruptcy Rule 9010, respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the office, postal address and telephone number listed below as follows:

Jay H. Dushkin
Law Offices of Jay H. Dushkin
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 961-3600 (Phone)
(713) 626-0182 (Fax)

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Movant additionally requests that the Debtor and Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above numbered case.

Respectfully submitted,

_____
Jay H. Dushkin
State Bar No. 06288700
Law Offices of Jay H. Dushkin
4615 Southwest Freeway, Suite 600
Houston, TX 77027
Tel: (713) 961-3600
Fax: (713) 626-0182
ATTORNEY FOR CREDITOR,
QUEST DIAGNOSTICS CLINICAL
LABORATORIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Service was forwarded to Debtor, Debtor's attorney and the U.S. Trustee as set forth below by First Class U.S. Mail, postage paid and/or electronically on the 20 day of April, 2010.

Debtor:
Crdentia Corp.
1964 Howell Branch Rd., Ste. 206
Winter Park, FL 32792

Attorney for Debtor:
Daniel A. O'Brien
Jamie Lynn Edmonson
Bayard, P.A.
222 Delaware Ave., Ste. 900
Wilmington, DE 19801

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Creditor Committee
Official Committee of Unsecured Creditors
Margaret M. Manning
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

_____
JAY H. DUSHKIN